# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA BONAVENTURE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>CMRE FINANCIAL SERVICES, INC.<br><br>    Defendant. | Case No.: 3:19-cv-00055-JLS-DJM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS** |

The Court has reviewed the Stipulation to Dismiss of Plaintiff Emma Bonaventure and Defendant CMRE Financial Services, Inc.  Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiff's individual claim, with prejudice, and to dismiss without prejudice the putative class action

{00123787;1}

claims asserted by Plaintiff pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees and costs.

**IT IS SO ORDERED.**

_____
Hon. Josephine L. Staton
United States District Judge