# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA BONAVENTURE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CMRE FINANCIAL SERVICES, INC.<br><br>Defendant. | Case No.: 8:19-cv-00055-JLS-DFM<br><br>**ORDER GRANTING STIPULATION TO DISMISS** |

The Court has reviewed the parties' Stipulation to Dismiss and is satisfied that the *Diaz* factors, as applied, permit dismissal of the case. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court GRANTS the parties' Stipulation to Dismiss, and ORDERS that Plaintiff's individual claims

be DISMISSED with prejudice and Plaintiff's class claims be DISMISSED without prejudice. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Date: October 18, 2019

_____
Hon. Josephine L. Staton
United States District Judge